IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

TAMMIE J. HERRIN                                                                    PLAINTIFF

v.                                    CIVIL NO. 04-5283

JO ANNE B. BARNHART, Commissioner
Social Security Administration                                                      DEFENDANT

## O R D E R

On this 29th day of June, 2006, the court has before it for consideration plaintiff's request for attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. For reasons set forth in the report and recommendation filed by the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas, on June 7, 2006, the court finds that the Magistrate's recommendations should be adopted *in toto* and hereby awards plaintiff's attorney fees in the amount of $2,604.27, representing 20.65 hours of work at a rate of $125.00 per hour and $23.02 in expenses. This amount shall be paid in addition to, and not out of, any past-due benefits plain tiff may be awarded in the future.

IT IS SO ORDERED.

/s/Jimm Larry Hendren
HON. JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE